**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:09CR00410 ERW |
| | ) | |
| JOEL ESPEJO-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER REGARDING CJA FUNDS TO HIRE
## EXPERT SERVICES OF A TRANSLATOR

This matter comes before the Court on Motion to Appoint/Authorize Expert Services of a Translator [doc. #19] pursuant to the Criminal Justice Act.

**IT IS HEREBY ORDERED** that Defendant Joel Espejo-Garcia's Request is **GRANTED**. Authorization is approved by this Court for CJA Funds not to exceed the $1,600.00 maximum, exclusive of reasonable expenses, by Mr. Ed. Fehlig for Interpreter/Translator services.

**So Ordered this 5th Day of August , 2009.**

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**